United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSCAR JAVIER RAMIREZ MEJIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-407 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

In this habeas action, Petitioner Oscar Javier Ramirez Mejia challenged his ongoing detention without bond. The Court ordered Petitioner to file, by May 22, 2026, a Statement in support of his Petition, explaining that if "Petitioner does not file the Statement, the Court will deny the Petition." (Order, Doc. 6) Petitioner filed no Statement.

Accordingly, it is:

**ORDERED** that Petitioner Oscar Javier Ramirez Mejia's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on June 5, 2026.

Fernando Rodriguez, Jr.
United States District Judge

1 / 1